IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTIN P. HERNANDEZ,<br><br>    Petitioner,<br><br>    vs.<br><br>D. K. SISTO, Warden,<br><br>    Respondent.<br>_____/ | 1:07-cv-01264 OWW WMW (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS<br><br>(DOCUMENT #22)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 30, 2008, petitioner filed a motion to extend time to file his opposition to Respondent's Motion to Dismiss (Document 15). Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his opposition to Respondent's Motion to Dismiss.

IT IS SO ORDERED.

**Dated:    June 4, 2008**           /s/  William M. Wunderlich
                                    UNITED STATES MAGISTRATE JUDGE