UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTIN P. HERNANDEZ, | 1: 07 CV 01264 OWW  WMW HC |
| Petitioner, | ORDER GRANTING IN PART PETITIONER'S MOTION FOR PRODUCTION OF DOCUMENTS |
| v. | [Doc. 24] |
| D. K. SISTO, WARDEN, | |
| Respondent.                         / | |

     Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  On June 5, 2008, Petitioner filed a motion for an order requiring Respondent to provide him with copies of the documents lodged by Respondent in support of his motion to dismiss this petition as an unauthorized second or successive petition.  Good cause appearing, Petitioner's motion is HEREBY GRANTED in part.  Respondent is HEREBY ORDERED to provide Petitioner with copies of lodged documents 16 through 20, comprising the evidence regarding Petitioner's prior federal petitions.  Respondent shall serve Petitioner with copies of these documents within ten (10) days of the date of service of this order.  Petitioner is HEREBY

GRANTED an extension of time until September 25, 2008, to file an opposition to Respondent's motion to dismiss.

IT IS SO ORDERED.

**Dated:   August 13, 2008**                              /s/  **William M. Wunderlich**
                                                                    UNITED STATES MAGISTRATE JUDGE