1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTIN P. HERNANDEZ, | 1: 07 CV 01264 OWW  WMW HC |
| Petitioner, | FINDINGS AND RECOMMENDATIONS RE MOTION TO VOLUNTARILY DISMISS PETITION FOR WRIT OF HABEAS CORPUS |
| v. | [Doc. 25] |
| D. K. SISTO, WARDEN, | |
| Respondent. | |

_____/

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.   On April 10, 2008,  Respondent filed a motion to dismiss this petition.  On July 17, 2008, Petitioner filed a motion to voluntarily withdraw this petition.  On July 22, 2008, Respondent filed a notice of non-opposition to Petitioner's motion.

On August 13, 2008, the court entered an order directing Respondent to provide Petitioner with copies of lodged documents nos. 16 -20, and granting Petitioner until September 25, 2008, to file an opposition to Respondent's motion to dismiss.  On August 19, 2008, Respondent filed a notice of having complied with the court's order.  Petitioner has not filed an opposition to

1  Respondent's motion to dismiss.

2          Accordingly, the court HEREBY RECOMMENDS as follows:

3  1)      that Petitioner's motion for voluntary withdrawal of this petition be GRANTED [doc. 25];

4  2)      that the Clerk of the Court be directed to enter judgment for Respondent and to close this

5          case.

6

7          These Findings and Recommendation are submitted to the assigned United States District

8  Court Judge, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule 72-304 of the

9  Local Rules of Practice for the United States District Court, Eastern District of California.  Within

10 thirty (30) days after being served with a copy, any party may file written objections with the court

11 and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate

12 Judge's Findings and Recommendation."  Replies to the objections shall be served and filed within

13 ten (10) court days (plus three days if served by mail) after service of the objections.  The court will

14 then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are

15 advised that failure to file objections within the specified time may waive the right to appeal the

16 District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

17

18 IT IS SO ORDERED.

19 **Dated:    November 6, 2008    **          **/s/  William M. Wunderlich**
20                                             UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28